**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01539-CR

**DEVANTE JEROME FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-31115-R**

## ORDER

We **GRANT** appellant's August 9, 2016 motion for extension of time to file his brief and

**ORDER** appellant's brief filed by September 8, 2016.


/s/    ADA BROWN
        JUSTICE